PITTSFIELD NATIONAL BANK, Respondent, *v.* WILLIAM H. BAYNE et al., Defendants, et al., Appellants.

(Argued January 23, 1893; decided February 10, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department entered upon an order

made June 13, 1892, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Edward B. Whitney* for appellant.

*John J. Adams* for respondent.

Agree to affirm on opinion of Special Term.
All concur.
Judgment affirmed.